# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robert R. Rainer
Attorney at Law
8480 Bluebonnet Blvd, Ste D
Baton Rouge LA 70810

Scott James Scofield
Scofield, Gerard
P. O. Drawer 3028
Lake Charles LA 70602

## REHEARING ACTION: August 12, 2015

**Docket Number: 14   00414-CA consolidated with 413-CA**

**COWBOY'S NIGHTLIFE, INC.**
**VERSUS**
**CALCASIEU PARISH SALES AND USE TAX DEPARTMENT**

**Appealed from Calcasieu Parish Case No. 2010-5555 C/W 2010-5554**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy
Hon. Billy Howard Ezell
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Calcasieu Parish Sales and Use Tax Department** has this day

been

**DENIED.**
Conery, J., would grant the rehearing.

cc: David Robert Kelly, Counsel for the Appellee